John W. Harris, Esq.
Herbert Hayden, Esq.
HARRIS & HAYDEN
865 S. Figueroa St. Suite 2750
Los Angeles, CA 90017
john@harrishayden.com
herbert@harrishayden.com

*Attorneys for Plaintiff*

DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, California 94111
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

*Attorneys for Defendants Airbnb, Inc. and Airbnb Payments, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY WOODS, individually and as a personal representative on behalf of the ESTATE OF MONIQUE YVONNE WOODS, decedent,<br><br>       Plaintiffs,<br><br>vs.<br><br>AIRBNB, INC., a Delaware corporation; AIRBNB PAYMENTS, INC., a Delaware corporation; VESNA SALAMUNOVIC, an individual; and DOES 1 through 20, inclusive,<br><br>       Defendants. | CASE NO. 3:24-cv-2734<br><br>**JOINT CASE MANAGEMENT STATEMENT** |

Plaintiff Cindy Woods, individually and as personal representative on behalf of the Estate of Monique Yvonne Woods, and Defendants Airbnb, Inc. and Airbnb Payments, Inc. ("Airbnb Defendants") submit this joint case management statement pursuant to the Court's August 21, 2024 Order. (Dkt. 30).

## I.   CURRENT STATUS:

On August 28, 2024, the Court granted in part the Airbnb Defendants' Motion to Compel Arbitration. The Court ordered claims asserted on behalf of the decedent against the Airbnb Defendants to arbitration. With respect to the litigation, the Court ordered that those claims be stayed pending completion of the arbitration proceedings. (Dkt. 32).

The Airbnb Defendants subsequently filed a Motion to Stay Plaintiff's Personal Claims Pending Arbitration, which the Court granted on September 17, 2024. By that Order, the Court stayed all remaining claims against the Airbnb Defendants pending completion of the arbitration. (Dkt. 35).

Plaintiff anticipates filing the demand for arbitration against the Airbnb Defendants on or before November 1, 2024.

Respectfully submitted this 25th day of October, 2024,

*/s/ John W. Harris*
John W. Harris, Esq.
Herbert Hayden, Esq.
HARRIS & HAYDEN
865 S. Figueroa St. Suite 2750
Los Angeles, CA 90017
john@harrishayden.com
herbert@harrishayden.com

*Attorneys for Plaintiff*

*/s/ Damali A. Taylor*
DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
O'MELVENY & MYERS LLP

Two Embarcadero Center
San Francisco, California 94111
Telephone:     +1 415 984 8700
Facsimile:      +1 415 984 8701

*Attorneys for Defendants Airbnb, Inc. and Airbnb Payments, Inc.*

## ATTESTATION

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and has authorized the filing.

Dated: October 25, 2024                           By: /s/ *Damali A. Taylor*
                                                          Damali A. Taylor